Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Stryker Corporation, Stryker Orthopedics, Stryker Leibinger Microimplants, and Stryker Sales Corporation*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK C. BURKE,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a business form unknown; STRYKER ORTHOPEDICS, a wholly owned subsidiary of STRYKER CORPORATION; STRYKER LEIBINGER MICROIMPLANTS, a wholly owned subsidiary of STRYKER CORPORATION; STRYKER SALES CORPORATION, a Nevada corporation; DOES I – X; ROES XI - XX, inclusive,<br><br>Defendants. | Case No. 2:06-cv-00220-RLH-GWF<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, Patrick C. Burke, and Defendants Stryker Corporation, Stryker Orthopedics,[1] Stryker Leibinger Microimplants,[2] and Stryker Sales Corporation ("Stryker"), hereby stipulate and agree that all claims, causes of action, and defenses set forth in the above-entitled matter

///

---

[1] Plaintiff's Complaint incorrectly named this entity in the Complaint. Its correct name is Howmedica Osteonics Corporation d/b/a Stryker Orthopedics.
[2] Plaintiff's Complaint incorrectly named this entity in the Complaint. Its correct name is Stryker Leibinger, Inc.

1  against all parties be dismissed with prejudice, with each party to bear its own attorneys' fees and
2  costs.

3  DATED this __11__ day of September, 2006.        DATED this __12__ day of September, 2006.

4  GREENMAN, GOLDBERG, RABY          SNELL & WILMER L.L.P.
   & MARTINEZ

By: _____                      By: _____
    Gabriel A. Martinez, Esq.                          Vaughn A. Crawford, Esq.
    C. Andrew Wariner, Esq.                            Jay J. Schuttert, Esq.
    601 South Ninth Street                             3800 Howard Hughes Parkway, Suite 1000
    Las Vegas, NV 89101                                Las Vegas, NV 89169
    *Attorneys for Plaintiffs*                         *Attorneys for Defendants*

IT IS SO ORDERED.

DATED this 13th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
    Vaughn A. Crawford, Esq.
    Nevada Bar No. 7665
    Jay J. Schuttert, Esq.
    Nevada Bar No. 8656
    SNELL & WILMER L.L.P.
    3800 Howard Hughes Parkway, Suite 1000
    Las Vegas, NV 89169
    Telephone: (702) 784-5200

*Attorneys for Stryker Corporation, Stryker Orthopedics, Stryker Leibinger Microimplants, and Stryker Sales Corporation*

120293